Fill in this information to identify the case:

Debtor name **BTZ Audio Video, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **24-42916-MXM-7**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 6

Debtor  **BTZ Audio Video, LLC**                                          Case number *(if known)*  **24-42916-MXM-7**
         Name

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Arena Funding**
**1457 Richmond Rd.**
**Staten Island, NY 10304**

Date or dates debt was incurred  **2024**
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$72,200.00**

---

**3.2** **Nonpriority creditor's name and mailing address**
**Ashley Sims Law, PLLC**
**310 W Main St**
**Denison, TX 75020**

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney For Laine Albert & Haley**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.3** **Nonpriority creditor's name and mailing address**
**Capisolve**
**500 S Australian Ave Fs600**
**West Palm Bch, FL 33401-6223**

Date or dates debt was incurred  **2024**
Last 4 digits of account number  **9 6 3 3**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$76,764.10**

---

**3.4** **Nonpriority creditor's name and mailing address**
**Dallas County Tax Collector**
**PO Box 139066**
**Dallas, TX 75313**

Date or dates debt was incurred  **2023**
Last 4 digits of account number  **0 0 0 0**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$343.46**

---

| Debtor | BTZ Audio Video, LLC | Case number *(if known)* | 24-42916-MXM-7 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**
Edwin Bryce Bonneau
501 Waketon Rd.
Lewisville, TX 75077

Date or dates debt was incurred      03/04/2024
Last 4 digits of account number      4 - 3 1

**As of the petition filing date, the claim is:** $5,796.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgement

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Fundkite
2 S Biscayne Blvd Ste 2350
Miami, FL 33131-1824

Date or dates debt was incurred      2024
Last 4 digits of account number      2 5 9 6

**As of the petition filing date, the claim is:** $5,181.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Fundkite
2 S Biscayne Blvd Ste 2350
Miami, FL 33131-1824

Date or dates debt was incurred      2024
Last 4 digits of account number      2 5 9 6

**As of the petition filing date, the claim is:** $1,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Jameson & Dunagan, PC
5429 LBJ Freeway Suite 300
Dallas, TX 75240

Date or dates debt was incurred      7/8/2024
Last 4 digits of account number      0 5 B P

**As of the petition filing date, the claim is:** $21,310.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collecting for Arena Funding Source

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **BTZ Audio Video, LLC**     Case number *(if known)* **24-42916-MXM-7**
Name

### Part 2: Additional Page

---

**3.9** **Nonpriority creditor's name and mailing address**
**Perdue, Brandon, Fielder, Collins & Mott, L.L.P.**
**c/o Linda D. Reece**
**1919 S. Shiloh Rd Suite 640 LB 40**
**Garland, TX 75042**

Date or dates debt was incurred **7/8/2024**
Last 4 digits of account number **3 9 1 1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tax Lien**

Is the claim subject to offset?
☑ No
☐ Yes

**$329.56**

---

**3.10** **Nonpriority creditor's name and mailing address**
**PNC Bank**
**P.O. Box 747066**
**Pittsburgh, PA 15274-7066**

Date or dates debt was incurred **2023**
Last 4 digits of account number **0 5 5 1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 

Is the claim subject to offset?
☑ No
☐ Yes

**$75,663.88**

---

**3.11** **Nonpriority creditor's name and mailing address**
**PNC Bank**
**P.O. Box 747066**
**Pittsburgh, PA 15274-7066**

Date or dates debt was incurred **06/27/2024**
Last 4 digits of account number **0 5 5 1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 

Is the claim subject to offset?
☑ No
☐ Yes

**$1,124.32**

---

**3.12** **Nonpriority creditor's name and mailing address**
**PNC Bank**
**P.O. Box 3429**
**Pittsburgh, PA 15230**

Date or dates debt was incurred **06/18/2024**
Last 4 digits of account number **6 8 9 8**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,680.01**

---

| Debtor | **BTZ Audio Video, LLC** | Case number *(if known)* | **24-42916-MXM-7** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| | | | |
|---|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address**<br>**Quickbooks**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  **0  1  2  8** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$32,275.94** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208-3918**<br><br>Date or dates debt was incurred  **2024**<br>Last 4 digits of account number  **7  4  1  0** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$124,858.36** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**Weltman, Weinberg & Reis Co., L.P.A**<br>**5000 Bradenton Ave 100**<br>**Dublin, OH 43017**<br><br>Date or dates debt was incurred  **7/1/2024**<br>Last 4 digits of account number  **0  1  2  8** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Collecting for Intuit Financing, Inc.**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$32,275.94** |

Debtor **BTZ Audio Video, LLC**                                              Case number *(if known)* **24-42916-MXM-7**
       Name

Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $475,104.27 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $475,104.27 |

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 page 6 of 6

Fill in this information to identify the case:

Debtor name __BTZ Audio Video, LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (if known): __24-42916-MXM-7__

☑ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/24/2024__
MM/ DD/ YYYY

X __/s/ Myles Foreman__
Signature of individual signing on behalf of debtor

__Myles Foreman__
Printed name

__Managing Member__
Position or relationship to debtor