# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-42916-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | BTZ AUDIO VIDEO, LLC | Date Filed (f) or Converted (c): | 08/18/2024 (f) |
| For the Period Ending: | 12/31/2024 | §341(a) Meeting Date: | 09/24/2024 |
| | | Claims Bar Date: | 03/31/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | FINANCIAL ACCOUNTS | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | PNC Bank Checking account 2 7 8 8 | | | | | |
| 2 | ACCOUNTS RECEIVABLE | $5,066.76 | $5,066.76 | | $0.00 | $5,066.76 |
| Asset Notes: | Accounts receivable 90 days old or less: $5,066.76 | | | | | |
| 3 | ACCOUNTS RECEIVABLE | $59,326.79 | $59,326.79 | | $0.00 | $59,326.79 |
| Asset Notes: | Accounts receivable Over 90 days old: $59,326.79 | | | | | |
| 4 | INTELLECTUAL PROPERTY | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | www.btzaudiovideo.com unknown | | | | | |
| 5 | TAX REFUNDS | $14,000.00 | $14,000.00 | | $0.00 | $14,000.00 |
| Asset Notes: | 2020 Payroll Tax potential refund | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $78,393.55 | $78,393.55 | | $0.00 | $78,393.55 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

12/31/2024    EOY Annual Report: The Trustee is investigating the value of ASSET ## 2, 3 and 5. Documentation relating to same has been requested from the Debtor. The claims bar date is March 31, 2025.

| Initial Projected Date Of Final Report (TFR): | 12/31/2027 | Current Projected Date Of Final Report (TFR): | /s/ JOHN DEE SPICER |
|---|---|---|---|
| | | | JOHN DEE SPICER |